UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS LOPEZ-GUZMAN,

    Defendant.

2:20-cr-00156-RFB-DJA

(First Request)

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. Defense Counsel begins a State homicide trial with a firm setting (State of Nevada v. Durwin Allen, Case No. C-17-323628-1) on May 30, 2023 which is anticipated to last approximately three weeks;

2. Defendant is in custody and does not object to a continuance;

3. The Government does not object to a continuance;

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the first request for a continuance of the sentencing date in this case.

**CONCLUSIONS OF LAW**

The ends of justice are served by granting the requested continuance.

/ / / /

**ORDER**

3

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for June 12, 2023 at 8:00 a.m. be vacated and continued to July 7th, 2023 at 11:00 am in the above-noted Court.

DATED this 22nd day of May, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**MANINGO LAW**

By: /s/ Lance A. Maningo
Lance A. Maningo Nevada
Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant

4