Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant
LOPEZ-GUZMAN

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS LOPEZ-GUZMAN,<br><br>Defendant. | 2:20-cr-00156-RFB-DJA<br><br>(Second Request) |

### STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED, by Defendant CARLOS LOPEZ-GUZMAN ("LOPEZ-GUZMAN"), by and through his attorney, LANCE A. MANINGO, and the United States of America, by and through JACOB H. OPERSKALSKI, Assistant United States Attorney, that the Sentencing hearing currently scheduled for July 7, 2023, at 11:00 a.m. be vacated and continued to a minimum of forty-five (45) days, to a date and time convenient for this Court.

This Stipulation is entered into for the following reasons:

1. Defense Counsel received an Amended Presentence Investigation Report ("PSR") on June 27, 2023 and needs additional time to review the PSR, send

the amended PSR to LOPEZ-GUZMAN so that he may review it, and discuss possible objections with LOPEZ-GUZMAN;

2. Defense Counsel needs additional time to prepare its Sentencing Memorandum and discuss potential sentencing arguments with LOPEZ-GUZMAN;

3. Defendant is in custody and does not object to a continuance;

4. The Government does not object to a continuance;

5. The denial of this request for a continuance could result in a miscarriage of justice; and

6. This is the second request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 29th day of June, 2023.

By: /s/ Lance A. Maningo
LANCE A. MANINGO
Attorney for Defendant

By: /s/ Jacob H. Operskalski
JACOB H. OPERSKALSKI
Attorney for United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS LOPEZ-GUZMAN,

    Defendant.

2:20-cr-00156-RFB-DJA

(Second Request)

## **FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. Defense Counsel received an Amended Presentence Investigation Report ("PSR") on June 27, 2023 and needs additional time to review the PSR, send the amended PSR to LOPEZ-GUZMAN so that he may review it, and discuss possible objections with LOPEZ-GUZMAN;

2. Defense Counsel needs additional time to prepare its Sentencing Memorandum and discuss potential sentencing arguments with LOPEZ-GUZMAN;

3. Defendant is in custody and does not object to a continuance;

4. The Government does not object to a continuance;

5. The denial of this request for a continuance could result in a miscarriage of justice; and

6. This is the second request for a continuance of the sentencing date in this case.

/ / / /

**CONCLUSIONS OF LAW**

The ends of justice are served by granting the requested continuance.

**ORDER**

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for July 7, 2023 at 11:00 a.m. be vacated and continued to **September 19, 2023 at 2:30 p.m**. in the above-noted Court.

DATED this 30th day of June, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:



By:    /s/ Lance A. Maningo
       Lance A. Maningo
       Nevada Bar No. 6405
       400 South 4th Street, Suite 650
       Las Vegas, Nevada 89101
       Attorney for Defendant